UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>         Plaintiff,<br><br>vs.<br><br>GERBER, *et al.*,<br><br>         Defendants. | Case No. 1:12-cv-01767-RRB<br><br>**ORDER DIRECTING PAYMENT**<br>**OF FILING FEE** |

Rex Chappell, a state prisoner appearing *pro se* and *in forma pauperis*, filed a civil rights action under 42 U.S.C. § 1983. At Docket 13 the Court entered an Order to Show Cause why Chappell's *in forma pauperis* status should not be revoked. At Docket 14 Chappell responded to that Order. Attached to that response is a copy of Chappell's California Department of Corrections and Rehabilitation Inmate Statement Report reflecting a current balance of $2,985.78.[1]  Accordingly,

**IT IS THEREFORE ORDERED THAT the Director of the California Department of Corrections and Rehabilitation shall forthwith collect from the Plaintiff's prison trust account and forward to the Clerk of the Court the amount of $350.00, less any previous amounts paid. The payment must clearly identify by the name and case number assigned to this action**.

---

[1]     Chappell did not submit a certified copy of his prison trust account statement as required by this Court's January 15, 2013, Order granting Chappell IFP status.

ORDER DIRECTING PAYMENT OF FILING FEE
*Chappell v. Gerber*, 1:12-cv-01767-RRB - 1

The Clerk of the Court is directed to serve a copy of this Order on the Director of the California Department of Corrections and Rehabilitation, via the court's electronic filing system (CM/ECF).

The Clerk of the Court is also directed to serve a copy of this Order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

**IT IS SO ORDERED** this 9th day of July, 2013

S/ RALPH R. BEISTLINE<br>
UNITED STATES DISTRICT JUDGE