UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GERBER, *et al.*,<br><br>　　　　Defendants. | Case No. 1:12-cv-01767-RRB<br><br>**ORDER GRANTING<br>MOTION AT DOCKET 34** |

At **Docket 34** Defendants S. Shiesha, M. Vu, A. Joaquin, and H. Tate have moved to take Plaintiff's deposition by video conferencing. For good cause shown, Defendants' Motion to Take Plaintiff's Deposition by Remote Means at **Docket 34** is **GRANTED**.

Counsel for Defendants is responsible for coordinating the time and availability of facilities for the taking of the deposition by video conference with the appropriate officials at Salinas Valley State Prison.

**IT IS SO ORDERED** this 18th day of July, 2014.

　　　　　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE