UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>            Plaintiff,<br><br>vs.<br><br>GERBER, *et al.*,<br><br>           Defendants. | Case No. 1:12-cv-01767-RRB<br><br>**ORDER GRANTING MOTION**<br>**AT DOCKET 47** |

    At **Docket 47** Defendants S. Shiesha, M. Vu, A. Joaquin, and H. Tate have moved to modify the Scheduling and Planning Order extending the time within which to serve and file dispositive motions and motions *in limine*. For good cause shown, the First Motion to Modify the Scheduling and Planning Order at **Docket 47**, is **GRANTED**. The time within which the parties may serve and file dispositive motions and motions *in limine* is hereby extended through and including **Friday, January 16, 2015**.

    **IT IS SO ORDERED**.

    Dated this 25th day of November, 2014

                                                         S/ RALPH R. BEISTLINE<br>
                                                     UNITED STATES DISTRICT JUDGE