UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>    Plaintiff,<br><br>vs.<br><br>GERBER, *et al.*,<br><br>    Defendants. | Case No. 1:12-cv-01767-RRB<br><br>**ORDER GRANTING MOTION<br>AT DOCKET 54** |

    At **Docket 54** Defendants S. Shiesha, M. Vu, A. Joaquin, and H. Tate have moved to modify the Scheduling and Planning Order extending the time within which to serve and file dispositive motions and motions *in limine*. For good cause shown, the Second Motion to Modify the Scheduling and Planning Order at **Docket 54** is **GRANTED**. The time within which the parties may serve and file dispositive motions and motions *in limine* is hereby extended through and including **Monday, February 9, 2015**.

    **IT IS SO ORDERED** this 15th day of January, 2015.

                                            S/ RALPH R. BEISTLINE<br>
                                            UNITED STATES DISTRICT JUDGE