UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>    Plaintiff,<br><br>vs.<br><br>GERBER, *et al.*,<br><br>    Defendants. | Case No. 1:12-cv-01767-RRB<br><br>**ORDER REGARDING RESPONSE<br>TO MOTION AT DOCKET 57** |

    At **Docket 57** Defendants S. Shiesha, M. Vu, A. Joaquin, and H. Tate have filed a Motion in Limine to excluded certain evidence at trial. Plaintiff Rex Chappell is hereby granted through and including **Monday, March 16, 2015**, within which to serve and file a response to Defendants' motion.

    In responding to Defendants' motion, to the extent he opposes the motion, Plaintiff must:

    1.    Separately identify each item of evidence or testimony in the same manner as identified in the motion, e.g., "MIL No. 1" or "MIL No. 2," *etc.*, to which he contends he is entitled to introduce evidence or testimony; and

    2.    Cite the authority upon which relies to support the introduction of the proffered evidence or testimony.

The Court notes that, with respect to MIL No. 3 (exclusion of non-party witnesses) and MIL No. 9 (requirement that, when testifying, the Plaintiff ask himself questions), this Court normally: (1) excludes non-party witnesses from the Court during trial-related proceedings; and (2) requires Plaintiffs appearing *pro se* to examine themselves in a question and answer format when testifying. Absent extraordinary circumstances, the Court will apply those rules to this proceeding.

To the extent that Plaintiff does not oppose the motion, the Court may grant it without further notice or opportunity to be heard.

**IT IS SO ORDERED** this 9th day of February, 2015.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE