UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　Plaintiff,<br><br>vs.<br><br>GERBER, *et al.*,<br><br>　　　Defendants. | Case No. 1:12-cv-01767-RRB<br><br>**ORDER REGARDING<br>MOTION AT DOCKET 57** |

　　　At **Docket 57** Defendants S. Shiesha, M. Vu, A. Joaquin, and H. Tate filed a Motion *in Limine* to excluded certain evidence at trial. The Court, having entered its Order granting Defendants summary judgment in their favor, Defendants' Motion in Limine at **Docket 57** is hereby **DENIED** as moot.

　　　**IT IS SO ORDERED** this 12th of May, 2015.

　　　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE